IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-363-D

| | | |
|---|---|---|
| GLENN W. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SUNSTATES SECURITY, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

On October 11, 2017, Sunstates Security, LLC ("Sunstates Security" or "defendant") moved to dismiss plaintiff Glenn W. Turner's ("Turner" or "plaintiff") pro se complaint [D.E. 16] and filed a memorandum in support [D.E. 17]. Turner makes conclusory allegations of employment discrimination in his complaint. See [D.E. 6]. After filing the complaint, Turner retained counsel who responded in opposition to the motion to dismiss and requested leave to amend the complaint [D.E. 22]. On December 5, 2017, Sunstates Security replied [D.E. 23]. On December 15, 2017, Turner moved to amend his complaint [D.E. 25].

Defendant's motion to dismiss [D.E. 16] is GRANTED. See, e.g., McCleary-Evans v. Md. Dep't of Transp., State Highway Admin., 780 F.3d 582, 585–88 (4th Cir. 2015), cert. denied, 136 S. Ct. 1162 (2016); Brown v. Wake Cty. Gov't, No. 5:16-CV-806-D, 2017 WL 2982971, at *4–7 (E.D.N.C. July 12, 2017) (unpublished). The complaint is DISMISSED without prejudice. Plaintiff's motion to amend [D.E. 25] is GRANTED. Plaintiff shall file the amended complaint not later than January 5, 2018. Defendant may plead in response to the amended complaint in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3).

SO ORDERED. This 27 day of December 2017.

                                                  JAMES C. DEVER III
                                                  Chief United States District Judge