UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GLENN WARREN TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| SUNSTATES SECURITY, LLC, | ) | 5:17-CV-363-BO |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
On December 28, 2017, Tum.er ("Turner" or "plaintiff") filed an amended complaint against Sunstates Security LLC ("Sunstates" or "defendant") alleging discrimination on the basis of race, color, and sex, and retaliation in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e et. seq., discrimination on the basis of race in violation of 42 U.S.C. § 1981, and discrimination on the basis of age in violation of the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. § 629 et. seq. See Am. Compl. [D.E. 27]. On September 7, 2018, Sunstates moved for summary judgment [D.E. 38], filed a memorandum in support [D.E. 39], and filed exhibits [D.E. 39-1-39-4]. On September 28, 2018, Turner responded in opposition [D.E. 40] and filed a memorandum and affidavit [D.E. 41, 42]. On October 12, 2018, Sunstates replied [D.E. 43, 44], moved to strike in part one of Turner's affidavits [D.E. 45], and filed a memorandum in support [D.E. 46]. On November 1, 2018, Turner responded in opposition and filed a memorandum [D.E. 47, 48].

**IT IS ORDERED, ADJUDGED AND DECREED** that the court DENIES Sunstates's motion to strike [D.E. 45] and GRANTS Sunstates's motion for summary judgment [D.E. 38]. Sunstates may file a motion for costs in accordance with this court's local rules and the Federal Rules of Civil Procedure.

This case is closed.

**This judgment filed and entered on July 22, 2019, and served on:**
Brian Keith Leonard (via CM/ECF Notice of Electronic Filing)
Jeremy A. Stephenson (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

July 22, 2019

/s/ Lindsay Stouch
By: Deputy Clerk